IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ORLANDO JOHNSON, :

    Petitioner, : Case No. 3:10cv00005

vs. : District Judge Walter Herbert Rice
      Magistrate Judge Sharon L. Ovington
JESSE WILLIAMS, Warden, :
Allen Correctional Institution,
  :
    Respondent.
  :

## DECISION AND ENTRY

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #8), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on March 3, 2011 (Doc. #8) is ADOPTED in full;

2. Orlando Johnson's Petition for Writ of Habeas Corpus (Doc. #2) is DENIED;

3. Petitioner is denied any requested certificate of appealability under 28

U.S.C. §2253(c); and

4. The case is terminated on the docket of this Court.

                                                                       _____
                                                                       Walter Herbert Rice
                                                                       United States District Judge